*Monday, September 24, 2001*

## MOTION DOCKET

**01–1152.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 98–M–362 and 98–M–411. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellees/cross-appellants' motion for extension of time to file second merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),
    IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellees/cross-appellants' second merit brief is due on or before October 11, 2001.

**01–1196.   State ex rel. Mackey v. Indus. Comm.**
Franklin App. No. 00AP–860. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),
    IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before November 7, 2001.

## DISCIPLINARY DOCKET

**01–798.   Cincinnati Bar Assn. v. Selnick.**
Upon consideration of respondent's motion to supplement record and relator's motion for leave to file response to motion to supplement record or, in the alternative, motion to strike the motion to supplement the record,
    IT IS ORDERED by the court that the motion to supplement record and motion for leave to file response to motion to supplement record be, and hereby are, granted.
    IT IS FURTHER ORDERED by the court that relator's response to motion to supplement record is due within ten days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**00–1625.   Green v. Toledo Hosp.**
Lucas App. No. L–97–1457. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Lucas County. Upon consideration of the application for dismissal of appeal of R. Van Bergen, M.D., and McAlpine, Foster, Montresinos & Van Bergen, Inc., only,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    The appeal of Harold R. Stevens, M.D., Katchka, Friedman & Crider, Inc., and Toledo Hospital remains pending.
    RESNICK, J., not participating.

**00–1694.   Green v. Toledo Hosp.**
Lucas App. No. L–97–1457. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Lucas County. Upon consideration of the application for dismissal of appeal of R. Van Bergen, M.D., and McAlpine, Foster, Montresinos & Van Bergern, Inc., only,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    The appeal of Harold R. Stevens, M.D., Katchka, Friedman & Crider, Inc., and Toledo Hospital remains pending.
    RESNICK, J., not participating.